**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                           CASE NO.:  6:16-bk-02926-CCJ
                                                 CHAPTER 13

**RICHARD A. RISPOLI,**

_____Debtor(s)_____/

## AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

_____Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case.  Any nonconforming provisions are deemed stricken.

___X__  The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions.  Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.      MONTHLY PLAN PAYMENTS.**  Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date.  Debtor shall make payments to the Trustee for the period of ___60_____ months.  If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)**    **$___775.00_____ for months ___1____ through ____60_____**
(B)    $_____ for months _____ through _____
(C)    $_____ for months _____ through _____

To pay the following creditors:

**2.      ADMINISTRATIVE ATTORNEY'S FEES**

Base Fee **$4,500.00** standard 13 fees  + $**2,700.00** for maintenance  fees__
Total Paid Prepetition $____1060.00_____
Balance Due $_3,440.00__

Estimated Additional Fees Subject to Court Approval $_____

Attorney's Fees Payable through Plan **$597.00 (1-5) & $455.00 (6)** Monthly (subject to adjustment)
Maintenance Fees Payable through Plan **$50.00 (7-60)** Monthly (subject to adjustment)

**3.      PRIORITY CLAIMS (as defined in 11 U.S.C. §507).**

_____

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

| Last 4 Digits of Acct No. | Creditor | Total Claim | Payment Amount | Months |
|---|---|---|---|---|
|  |  |  |  |  |

**4.**    <u>**TRUSTEE FEES.**</u>   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.**    <u>**SECURED CLAIMS.**</u>   Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

     **(A)**    **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.**   If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case if filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears | Months |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

     **(B)**    **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.**   Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. | Months |
|---|---|---|---|---|
|  |  |  |  |  |

     **(C)**    **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.**   Under 11 U.S.C. §1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Months | Interest @ ____% |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

     **(D)**    **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.**   Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Months | Interest @ _____% |
|---|---|---|---|---|---|---|
| 1428 | Wold Omni Finance | 2010 Volkswagen Routan 5136 Stratemeyer Dr. Orlando, FL 32839 | $14,330.11 | $100.00 $291.19 | 1-6 7-60 | 5.25% Total = $16,324.27 |
| 0010 | Orange County Tax Collector | 5136 Stratemeyer Dr. Orlando, FL 32839 | $3,581.00 | $101.04 | 7-60 | 18.00% Total = $5,456.03 |
| 2234 | Seterus, Inc. | 5136 Stratemeyer Dr. Orlando, FL 32839 | $10,812.00 | $255.27 $213.34 | 7-54 55 | 5.75% Total = $12,466.30 |

**(E)    Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payment in Plan.**

| Last 4 Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearages | Months |
|---|---|---|---|---|---|
| | | | | | |

**(F)    Secured Claims/Lease Claims Paid Direct by Debtor.**    The following claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft.  The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.  Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.  (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below).

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| | | |

**(G)    Liens to be Avoided per 11 U.S.C. §522/Stripped Off per 11 U.S.C. §506.**  A separate motion to avoid a lien under §522 or to determine secured states and to strip a lien under §506 must be filed.

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |
| | | |

**(H)    Surrender of Collateral/Leased Property.**  Debtor will surrender the following

collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |

## 6.   LEASE/EXECUTORY CONTRACTS.

| Last 4 Digits of Acct. No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |

**7.   GENERAL UNSECURED CREDITORS.**   General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $1.00_____.

**8.   ADDITIONAL PROVISIONS:**

   (A)   Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

   (B)   Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

   (C)   Property of the estate (check one)*

       (1)   _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

       (2)   __X__ shall vest in Debtor upon confirmation of the Plan.

       *If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and/or belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

   (E)   The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

   (F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case if filed, Debtor shall provide a complete copy of the tax return, including

business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return.  Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments.  Debtor shall no instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability.  **Debtor shall spend no tax refunds without prior court approval.**

9.    **NONCONFIRMING PROVISIONS:**

   a.    **The Debtor(s) have executed a Limited Power of Attorney for the purpose of allowing counsel for Debtor(s) to sign the name of Debtor(s) for the purposes of filing plans, amended plans, and modified plans.**

Dated: <u>July 13, 2016</u>                 <u>/s/</u>    <u>Richard A. Rispoli</u>
                                                        Debtor

                                             <u>/s/</u>
                                                        Debtor


                                             **The Law Offices of Keith D. Collier**

                                             /s/ Keith D. Collier, Esquire
                                             **KEITH D. COLLIER**
                                             Florida Bar No.: 0633771
                                             2350 Park Street
                                             Jacksonville, Florida 32204
                                             (904) 696-DEBT (3328)/Fax: 981-8015
                                             Collier@KeithDCollier.com
                                             Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                    CASE NO.:  6:16-bk-02926-CCJ
                                                          CHAPTER 13
RICHARD A. RISPOLI,

_____Debtor(s)_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing filed on July 13, 2016 has been furnished by U.S. Mail to the parties on the attached mailing matrix on this July 13, 2016.

                                    **The Law Offices of Keith D. Collier**

                                      /s/ Keith D. Collier, Esquire____
                                      **KEITH D. COLLIER**
                                      Florida Bar No.: 0633771
                                      2350 Park Street
                                      Jacksonville, Florida 32204
                                      (904) 981-8100/Fax: 981-8015
                                      Attorney for Debtor

                            MATRIX ATTACHED BELOW

Label Matrix for local noticing
113A-6
Case 6:16-bk-02926-CCJ
Middle District of Florida
Orlando
Wed Jul 13 12:27:12 EDT 2016

Federal National Mortgage Association
Popkin & Rosaler PA
c/o 1701 West Hillsboro Blvd
Suite 400
Deerfield Beach, FL 33442

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

World Omni Financial Corp.
c/o Christina V. Paradowski, Esquire
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004

Ally Financial
200 Renaissance Ctr
Detroit, MI  48243-1300

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871

Ashley L. Zegarra, Esq.
10751 Deerwood Park Blvd Ste 100
Jacksonville, FL  32256-4835

Associated Credit Services, Inc.
PO Box 5171
Westborough, MA  01581-5171

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bright House
3767 All American Blvd.
Orlando, FL 32810-4790

Capital One
26525 N Riverwoods Blvd
Mettawa, IL 60045-3438

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Central Credit Services, LLC
20 Corporate Hills Dr
Saint Charles, MO  63301-3749

Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Chase Mtg
PO Box 24696
Columbus, OH  43224-0696

Citi
PO Box 6241
Sioux Falls, SD  57117-6241

Citi Auto
2208 Highway 121 Ste 100
Bedford, TX  76021-5981

Citibank
1400 Citicards Way
Jacksonville, FL  32257

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

Ditech Financial LLC
PO Box 6172
Rapid City, SD  57709-6172

EAGLE PEST CONTROL
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

Everhome Mortgage Co
301 W Bay St
Jacksonville, FL  32202-5184

Federal National Mortgage Association
C/O Popkin & Rosaler, P.A.
1701 W Hillsboro Blvd, Suite 400
Deerfield Beach, FL 33442-1572

First Horizon Home Loa
PO Box 15003
Knoxville, TN  37901-5003

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fox Collection Center
456 Moss Trl
Goodlettsville, TN  37072-2029

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Huntington National Ba
7 Easton Oval
Columbus, OH 43219-6060

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  48308-0730


JpMorgan Chase Bank, NA
Po Box 659754
San Antonio, TX  78265-9754

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Midland Funding LLC
8875 Aero Dr Ste 200
San Diego, CA  92123-2255


National Credit Systems, Inc
Po Box 312125
Atlanta, GA 31131-2125

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Reserve at Beachline
8335 Narcoossee Rd
Orlando, FL  32827-5602

Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Suntrust Bank
Po Box 2600
Norfolk, VA 23501-2600


Suntrust Bk Central Fl
200 S Orange Ave
Orlando, FL  32801-3410

Syncb/Carcare One
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/jcp
4125 Windward Plz
Alpharetta, GA  30005-8738


Target Nb
PO Box 673
Minneapolis, MN  55440-0673

Td Bank N.A.
917 Haywood Rd
Greenville, SC  29615-3566

World Omni F
PO Box 991817
Mobile, AL  36691-8817


Keith Collier
The Law Offices of Keith D. Collier PLLC
861 Morse Boulevard, Suite 1
Winter Park, FL 32789-3746

Keith D. Collier
Law Offices of Keith D. Collier (Jax)
2350 Park Street
Jacksonville, FL 32204-4318

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450


Richard A Rispoli
5136 Stratemeyer Dr
Orlando, FL 32839-2985


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bk of Amer
PO Box 982238
El Paso, TX  79998-2238

Capital One
Po Box 85520
Richmond, VA  23285

Green Tree Servicing LLC
Po Box 94710
Palatine, IL  60094-4710

M & T Bank
1 Fountain Plz
Buffalo, NY  14203-1420

Portfolio Recovery Associates LLC.
PO Box 12914
Norfolk, VA  23541-0914


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854-5100

(d)World Omni Financial Corp.
c/o Christina V. Paradowski, Esquire
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004

End of Label Matrix
Mailable recipients    51
Bypassed recipients     2
Total                  53